UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LORI J. MULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CV-439 |
| | ) | (GUYTON) |
| RUBY TUESDAY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

The parties have filed a Joint Motion For Continuance [Doc. 9]. The Court finds the Motion to be well-taken, and the Motion [Doc. 9] is **GRANTED**. The trial in this matter which is currently set for January 23, 2008 is continued to June 24, 2008. The Court will prepare and enter a new Scheduling Order.

**IT IS SO ORDERED**.

ENTER:

　　　s/ H. Bruce Guyton　　
United States Magistrate Judge