**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

LORI J. MULLINS,

      Plaintiff,

vs.                                     No.: 3:06-cv-439
                                             Judge Bruce Guyton

RUBY TUESDAY,

      Defendant.

## AGREED ORDER OF VOLUNTARY DISMISSAL

Upon Stipulation of the Parties, and for good cause shown, it is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff's case is voluntarily dismissed with full and final prejudice to the refiling of same.

                                                                  _____s/ H. Bruce Guyton_____
                                                                      United States Magistrate Judge

**APPROVED FOR ENTRY:**

**/S/ Ronald A. Rayson w/permission by Pamela L. Reeves**
**Ronald A. Rayson, BPR #013393**
**Attorneys for Plaintiff**
**Burkhalter, Rayson & Associates**
**111 S. Central Street**
**Post Office Box 2777**
**Knoxville, Tennessee 37901-2777**
**524-4974**

**/S/Pamela L. Reeves**
**Pamela L. Reeves, BPR #006643**
**Anderson, Reeves & Herbert, P.A.**
**2607 Kingston Pike, Suite 130**
**Knoxville, Tennessee 37919**
**(865) 540-1977**